YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF HARVEY CEDARS, RESPONDENT, v. ELSIE H. PELHAM, COLLECTOR, APPELLANT.

Submitted October 30, 1931—Decided February 1, 1932.

For the respondent, *McCarter & English*.

For the appellant, *Howard Ewart*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.